S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. WEISS, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Proceedings by the people of the state of New York against Julius Weiss. No opinion. Motion granted. See, also, 129 App. Div. 671, 114 N. Y. Supp. 236.

---

PEOPLE ex rel. BRADLEY, Respondent, v. BESCH, Sheriff, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Proceedings by the people of the state of New York, on the relation of James Bradley, against Joseph Besch, as sheriff, etc. No opinion. Order reversed, and relator remanded to the custody of the defendant, on the authority of People ex rel. Dauchy v. Pitts, 118 App. Div. 457, 103 N. Y. Supp. 258.

---

PEOPLE ex rel. CUNNINGHAM v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Proceedings by the people of the state of New York, on the relation of John W. Cunningham, against Theodore A. Bingham, as police commissioner, etc. No opinion. Motion granted, without costs, on condition that the respondent pay to the relator all the expense which may be incurred by the latter in changing the printed record to conform with the amendment.

---

PEOPLE ex rel. GARRISON, Appellant, v. PYE et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Proceedings by the people of the state of New York, on the relation of Charles S. Garrison, against Isaac E. Pye and others, as the town board of audit of the town of Orangetown, Rockland county. No opinion. Writ of certiorari dismissed, with $50 costs and disbursements.

---

PEOPLE ex rel. GRIMSHAW, Appellant, v. PRENDERGAST, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Proceedings by the people of the state of New York, on the relation of William A. Grimshaw, against William A. Prendergast, register of Kings county. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. HACKETT v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Proceedings by the people of the state of New York, on the relation of George W. Hackett, against Theodore A. Bingham as police commissioner, etc. No opinion. Motion denied, with $10 costs. See, also, 127 App. Div. 3, 111 N. Y. Supp. 14.

---

PEOPLE ex rel. KELLOGG, Appellant, v. FROST, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York, on the relation of James B. Kellogg, against Jesse D. Frost, agent, etc. J. S. Bernstein, for appellant. R. S. Johnstone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. KOSTER, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department, April 16, 1909.) Proceedings by the people of the state of New York, on the relation of Louis M. Koster, against Edmond J. Butler, commissioner, etc. L. M. Koster, for appellant. T. Connoly, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. MATHESON LEAD CO. v. KELSEY. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Proceedings by the people of the state of New York, on the relation of the Matheson Lead Company, against Otto Kelsey, as Comptroller of the state of New York. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. O'DONNELL v. BOGART, Com'r. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Proceedings by the people of the state of New York, on the relation of Charles O'Donnell, against John N. Bogart, as commissioner. J. F. Harrington, for relator. T. Farley, for respondent. No opinion. Writ dismissed, with $50 costs and disbursements. Settle order on notice.

---

PEOPLE ex rel. SCHUPNER v. PYE et al. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Proceedings by the people of the state of New York, on the relation of Martin Schupner, against Isaac E. Pye and others, as the town board of audit of the town of Orangetown, Rockland county. No opinion. Writ of certiorari dismissed, with $50 costs and disbursements.

---

PEOPLE ex rel. STEWART v. AHEARN. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Proceedings by the people of the state of New York, on the relation of John H. Stewart, against John F. Ahearn, president, etc. M. C. Fleming, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PETERSEN, Respondent, v. NEW YORK CONTRACTING CO.—PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Peter Petersen against the New York Contracting Company—Pennsylvania Terminal. No opinion. Motion denied, with $10 costs.